UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ELIZABETH MACK ALLEN,

                      Plaintiff,

    -against-

CHUBB NATIONAL INSURANCE COMPANY,

                    Defendant.

------------------------------------- x

ORDER

18 Civ. 8720 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 28, 2020 conference is adjourned to August 4, 2020 at 9:45 a.m.

Dated: New York, New York
      March 24, 2020

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge